IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAMON GONZALEZ,

    Plaintiff,

v.

BAC HOME LOANS SERVICING, L.P., et al.

    Defendants.

No. C 11-03561 JSW

**ORDER DISMISSING WITHOUT PREJUDICE**

On July 20, 2011, this case was removed from the Superior Court of the State of California for the County of Alameda. A motion to dismiss was pending and scheduled for hearing on October 28, 2011. On August 29, 2011, this Court issued an Order requiring that Plaintiffs' opposition brief to the motion papers docketed as docket nos. 21 to 23 shall be due by no later than September 16, 2011. Plaintiff did not file an opposition to Defendants' motion.

Accordingly, on September 21, 2011, the Court issued an Order to Show Cause directing Plaintiff to show cause why this case should not be dismissed for failure to prosecute or, in the alternative, why Defendants' motion should not be granted. On October 5, 2011, Plaintiff filed his response to the Court's Order to Show Cause and asked that the Court dismiss the case without prejudice. Defendants have not opposed Plaintiff's request.

Accordingly, this case is HEREBY DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: October 24, 2011

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAMON GONZALEZ,

    Plaintiff,

v.

BAC HOME LOANS et al,

    Defendant.

Case Number: CV11-03561 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ramon Gonzalez
647 Tamarack Drive
Union City, CA 94587

Dated: October 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk